Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

March 16, 20 23

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  JESSE JAMES BAILEY,
2.  THOMAS CARVER,
3.  BRYSON GILL,
4.  YEHOSHUA KILP,
5.  GUSTAVO CASTELLANOS-TAPIA,
6.  CANDACE BAILEY,
7.  RONALDO MCCOMB,
8.  KEAGEN LARSEN,
9.  SEAN MOINETTE,
10. GREGORY BEERS,
11. MICHAEL SLOCUMB,
12. MICHAEL WARREN,
13. ISAAC CERVANTES,
14. SARA THOMPSON,
15. ERIC SMITH,
16. SHAWN ELLIS,
17. JOSEPH HEMPEL,
18. STEPHANIE YEPEZ,
19. PHILIP BOORKMAN,
20. C'LA MORALES,

NO. CR23-5085 DGE

**INDICTMENT**

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
21.    RONNIE GRIFFIN,
22.    DANIEL HAMMOND,
2
23.    ANNA SARNES,
24.    ANTHONY ESCOTO,
3
25.    WILLIAM TRIPP,
26.    DANA HANSON, and
4
27.    JUSTIN HANSON,
5
6                        Defendants.
7
8
9        The Grand Jury charges that:
10                          <u>COUNT 1</u>
11          **(Conspiracy to Distribute Controlled Substances)**
12        Beginning at a time unknown, and continuing until at least March 16, 2023, in
13  Pierce, Mason, Clark, and King Counties, within the Western District of Washington, and
14  elsewhere, JESSE JAMES BAILEY, THOMAS CARVER, BRYSON GILL,
15  YEHOSHUA KILP, GUSTAVO CASTELLANOS-TAPIA, CANDACE BAILEY,
16  RONALDO MCCOMB, KEAGEN LARSEN, SEAN MOINETTE, GREGORY BEERS,
17  MICHAEL SLOCUMB, MICHAEL WARREN, ISAAC CERVANTES,
18  SARA THOMPSON, ERIC SMITH, SHAWN ELLIS, JOSEPH HEMPEL,
19  STEPHANIE YEPEZ, PHILIP BOORKMAN, C'LA MORALES, RONNIE GRIFFIN,
20  DANIEL HAMMOND, ANNA SARNES, ANTHONY ESCOTO, WILLIAM TRIPP,
21  DANA HANSON, and JUSTIN HANSON, and others known and unknown, did
22  knowingly and intentionally conspire to distribute controlled substances, including: N-
23  phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), methamphetamine,
24  heroin, and cocaine, substances controlled under Title 21, United States Code.
25        The Grand Jury further alleges that with respect to JESSE JAMES BAILEY,
26  THOMAS CARVER, BRYSON GILL, YEHOSHUA KILP, CANDACE BAILEY,
27  RONALDO MCCOMB, KEAGEN LARSEN, SEAN MOINETTE, GREGORY BEERS,

Indictment - 2
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  MICHAEL SLOCUMB, MICHAEL WARREN, ISAAC CERVANTES,

2  SARA THOMPSON, ERIC SMITH, JOSEPH HEMPEL, STEPHANIE YEPEZ,

3  PHILIP BOORKMAN, C'LA MORALES, RONNIE GRIFFIN, DANIEL HAMMOND,

4  ANTHONY ESCOTO, WILLIAM TRIPP, DANA HANSON, and JUSTIN HANSON,

5  their conduct as members of the conspiracy charged in Count 1, which includes the

6  reasonably foreseeable conduct of other members of the conspiracy charged in Count 1,

7  involved 400 grams or more of a mixture and substance containing a detectable amount

8  of fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

9       The Grand Jury further alleges that with respect to JESSE JAMES BAILEY,

10 THOMAS CARVER, BRYSON GILL, YEHOSHUA KILP, GUSTAVO

11 CASTELLANOS-TAPIA, CANDACE BAILEY, RONALDO MCCOMB,

12 KEAGEN LARSEN, SEAN MOINETTE, GREGORY BEERS, MICHAEL SLOCUMB,

13 MICHAEL WARREN, ISAAC CERVANTES, SARA THOMPSON, ERIC SMITH,

14 SHAWN ELLIS, JOSEPH HEMPEL, STEPHANIE YEPEZ, PHILIP BOORKMAN,

15 C'LA MORALES, RONNIE GRIFFIN, DANIEL HAMMOND, ANNA SARNES,

16 ANTHONY ESCOTO, WILLIAM TRIPP, DANA HANSON, and JUSTIN HANSON,

17 their conduct as members of the conspiracy charged in Count 1, which includes the

18 reasonably foreseeable conduct of other members of the conspiracy charged in Count 1,

19 involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers,

20 and 500 grams or more of a mixture or substance containing a detectable amount of

21 methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

22      The Grand Jury further alleges that with respect to JESSE JAMES BAILEY,

23 THOMAS CARVER, BRYSON GILL, YEHOSHUA KILP, CANDACE BAILEY,

24 RONALDO MCCOMB, KEAGEN LARSEN, SEAN MOINETTE, GREGORY BEERS,

25 MICHAEL SLOCUMB, MICHAEL WARREN, ISAAC CERVANTES,

26 SARA THOMPSON, ERIC SMITH, JOSEPH HEMPEL, STEPHANIE YEPEZ,

27 C'LA MORALES, RONNIE GRIFFIN, ANTHONY ESCOTO, WILLIAM TRIPP,

Indictment - 3
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   DANA HANSON, and JUSTIN HANSON, their conduct as members of the conspiracy

2   charged in Count 1, which includes the reasonably foreseeable conduct of other members

3   of the conspiracy charged in Count 1, involved 1,000 grams or more of a mixture or

4   substance containing a detectable amount of heroin, in violation of Title 21, United States

5   Code, Sections 841(b)(1)(A).

6       All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

7   841(b)(1)(A).

8                  **COUNT 2**

9       **(Possession of a Controlled Substance with Intent to Distribute**)

10      On or about February 7, 2022, in Lewis County within the Western District of

11   Washington, RONALDO MCCOMB did knowingly and intentionally possess, with the

12   intent to distribute, and aid and abet the possession of, with the intent to distribute, a

13   controlled substance, including: fentanyl and heroin, substances controlled under

14   Title 21, United States Code.

15      The Grand Jury further alleges that the offense involved 40 grams or more of a

16   mixture and substance containing a detectable amount of fentanyl.

17      The Grand Jury further alleges that the offense involved 100 grams or more of a

18   mixture and substance containing a detectable amount of heroin.

19      The Grand Jury further alleges that this offense was committed during and in

20   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

21   Substances).

22      All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)

23   (B), and Title 18, United States Code, Section 2.

24                  **COUNT 3**

25      **(Possession of a Controlled Substance with Intent to Distribute)**

26      On or about February 11, 2022, in Pierce County, within the Western District of

27   Washington, JESSE JAMES BAILEY and CANDACE BAILEY did knowingly and

Indictment - 4
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  intentionally possess, with the intent to distribute, and aid and abet the possession of,

2  with the intent to distribute, a controlled substance, including: fentanyl and

3  methamphetamine, substances controlled under Title 21, United States Code.

4        The Grand Jury further alleges that the offense involved 400 grams or more of a

5  mixture and substance containing a detectable amount of fentanyl.

6        The Grand Jury further alleges that the offense involved 50 grams or more of

7  methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

8  mixture or substance containing a detectable amount of methamphetamine, its salts,

9  isomers, or salts of its isomers.

10       The Grand Jury further alleges that this offense was committed during and in

11  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

12  Substances).

13       All in violation of Title 21, United States Code, Sections 841(a)(1) and

14  841(b)(1)(A), and Title 18, United States Code, Section 2.

15                          **COUNT 4**

16       **(Possession of a Controlled Substance with Intent to Distribute)**

17       On or about July 31, 2022, in Pierce County, within the Western District of

18  Washington, YEHOSHUA KILP and STEPHANIE YEPEZ did knowingly and

19  intentionally possess, with the intent to distribute, and aid and abet the possession of,

20  with the intent to distribute, a controlled substance, including: fentanyl,

21  methamphetamine, and heroin, substances controlled under Title 21, United States Code.

22       The Grand Jury further alleges that the offense involved 400 grams or more of a

23  mixture and substance containing a detectable amount of fentanyl.

24       The Grand Jury further alleges that the offense involved 50 grams or more of

25  methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

26  mixture or substance containing a detectable amount of methamphetamine, its salts,

27  isomers, or salts of its isomers.

Indictment - 5
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    The Grand Jury further alleges that this offense was committed during and in

2  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3  Substances).

4    All in violation of Title 21, United States Code, Sections 841(a)(1) and

5  841(b)(1)(A), and Title 18, United States Code, Section 2.

6                                    <u>**COUNT 5**</u>

7                    **(Possession of a Controlled Substance with Intent to Distribute)**

8    On or about August 11, 2022, in Pierce County, within the Western District of

9  Washington, YEHOSHUA KILP and SARA THOMPSON did knowingly and

10 intentionally possess, with the intent to distribute, and aid and abet the possession of,

11 with the intent to distribute, a controlled substance, including: fentanyl,

12 methamphetamine, heroin, and cocaine, substances controlled under Title 21, United

13 States Code.

14   The Grand Jury further alleges that the offense involved 400 grams or more of a

15 mixture and substance containing a detectable amount of fentanyl.

16   The Grand Jury further alleges that the offense involved 50 grams or more of

17 methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

18 mixture or substance containing a detectable amount of methamphetamine, its salts,

19 isomers, or salts of its isomers.

20   The Grand Jury further alleges that this offense was committed during and in

21 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

22 Substances).

23   All in violation of Title 21, United States Code, Sections 841(a)(1) and

24 841(b)(1)(A), and Title 18, United States Code, Section 2.

25 //

26 //

27

Indictment - 6
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 6

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about December 9, 2022, in Mason County, within the Western District of Washington, BRYSON GILL, MICHAEL SLOCUMB, MICHAEL WARREN, and ISAAC CERVANTES did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, methamphetamine, and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

## COUNT 7

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about December 9, 2022, in Pierce County, within the Western District of Washington, MICHAEL SLOCUMB did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  controlled substance, including: fentanyl, a substance controlled under Title 21, United

2  States Code.

3       The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5  Substances).

6       All in violation of Title 21, United States Code, Sections 841(a)(1) and

7  841(b)(1)(C), and Title 18, United States Code, Section 2.

8                                    <u>COUNT 8</u>

9              **(Possession of a Controlled Substance with Intent to Distribute)**

10      On or about December 14, 2022, in Pierce County, within the Western District of

11 Washington, JESSE JAMES BAILEY, THOMAS CARVER, and ANNA SARNES, did

12 knowingly and intentionally possess, with the intent to distribute, and aid and abet the

13 possession of, with the intent to distribute, a controlled substance, including: fentanyl,

14 methamphetamine, and heroin, substances controlled under Title 21, United States Code.

15      The Grand Jury further alleges that the offense involved 400 grams or more of a

16 mixture and substance containing a detectable amount of fentanyl.

17      The Grand Jury further alleges that the offense involved 50 grams or more of

18 methamphetamine, its salts, isomers, or salts of its isomers.

19      The Grand Jury further alleges that this offense was committed during and in

20 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

21 Substances).

22      All in violation of Title 21, United States Code, Sections 841(a)(1) and

23 841(b)(1)(A), and Title 18, United States Code, Section 2.

24                                   <u>COUNT 9</u>

25             **(Possession of a Controlled Substance with Intent to Distribute)**

26      On or about December 14, 2022, in Pierce County, within the Western District of

27 Washington, THOMAS CARVER, ANTHONY ESCOTO, and WILLIAM TRIPP, did

Indictment - 8
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  knowingly and intentionally possess, with the intent to distribute, and aid and abet the

2  possession of, with the intent to distribute, a controlled substance, including: fentanyl,

3  methamphetamine, and heroin, substances controlled under Title 21, United States Code.

4      The Grand Jury further alleges that the offense involved 50 grams or more of

5  methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

6  mixture or substance containing a detectable amount of methamphetamine, its salts,

7  isomers, or salts of its isomers.

8      The Grand Jury further alleges that the offense involved 40 grams or more of a

9  mixture and substance containing a detectable amount of fentanyl.

10     The Grand Jury further alleges that this offense was committed during and in

11  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

12  Substances).

13     All in violation of Title 21, United States Code, Sections 841(a)(1) and

14  841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

## COUNT 10

### (Possession of a Controlled Substance with Intent to Distribute)

17     On or about December 15, 2022, in Pierce County, within the Western District of

18  Washington, GUSTAVO CASTELLANOS-TAPIA did knowingly and intentionally

19  possess, with the intent to distribute, a controlled substance, including:

20  methamphetamine, a substance controlled under Title 21, United States Code.

21     The Grand Jury further alleges that the offense involved 50 grams or more of

22  methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

23  mixture or substance containing a detectable amount of methamphetamine, its salts,

24  isomers, or salts of its isomers.

25     The Grand Jury further alleges that this offense was committed during and in

26  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

27  Substances).

1    All in violation of Title 21, United States Code, Sections 841(a)(1) and

2  841(b)(1)(A).

3                          **COUNT 11**

4  **(Attempted Possession of a Controlled Substance with Intent to Distribute)**

5    On or about December 15, 2022, in Pierce County, within the Western District of

6  Washington, THOMAS CARVER did knowingly and intentionally attempt to possess,

7  with the intent to distribute, a controlled substance, including: methamphetamine, a

8  substance controlled under Title 21, United States Code.

9    The Grand Jury further alleges that the offense involved 50 grams or more of

10 methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

11 mixture or substance containing a detectable amount of methamphetamine, its salts,

12 isomers, or salts of its isomers.

13   The Grand Jury further alleges that this offense was committed during and in

14 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

15 Substances).

16   All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and

17 841(b)(1)(A).

18                          **COUNT 12**

19 **(Possession of a Controlled Substance with Intent to Distribute and Distribution)**

20   On or about January 30, 2023, in Clark County, within the Western District of

21 Washington, and elsewhere, RONALDO MCCOMB did knowingly and intentionally

22 possess, with the intent to distribute, and did knowingly and intentionally distribute, a

23 controlled substance, including: fentanyl, a substance controlled under Title 21, United

24 States Code.

25   The Grand Jury further alleges that the offense involved 400 grams or more of a

26 mixture and substance containing a detectable amount of fentanyl.

27

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     The Grand Jury further alleges that this offense was committed during and in

2 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3 Substances).

4     All in violation of Title 21, United States Code, Sections 841(a)(1) and

5 841(b)(1)(A).

6                              **FORFEITURE ALLEGATION**

7     The allegations contained in Counts 1 through 12 of this Indictment are hereby

8 realleged and incorporated by reference for the purpose of alleging forfeiture.

9     Upon conviction of the offense alleged in Count 1 JESSE JAMES BAILEY,

10 THOMAS CARVER, BRYSON GILL, YEHOSHUA KILP, GUSTAVO

11 CASTELLANOS-TAPIA, CANDACE BAILEY, RONALDO MCCOMB,

12 KEAGEN LARSEN, SEAN MOINETTE, GREGORY BEERS, MICHAEL SLOCUMB,

13 MICHAEL WARREN, ISAAC CERVANTES, SARA THOMPSON, ERIC SMITH,

14 SHAWN ELLIS, JOSEPH HEMPEL, STEPHANIE YEPEZ, PHILIP BOORKMAN,

15 C'LA MORALES, RONNIE GRIFFIN, DANIEL HAMMOND, ANNA SARNES,

16 ANTHONY ESCOTO, WILLIAM TRIPP, DANA HANSON, and JUSTIN HANSON

17 shall each forfeit to the United States, pursuant to Title 21, United States Code, Section

18 853, any property that constitutes or is traceable to proceeds of the offense, as well as any

19 property that facilitated the offense. This property includes, but is not limited to:

20     a.  a judgment for a sum of money (also known as a forfeiture money judgment)

21         in an amount representing the proceeds each defendant obtained, directly and

22         indirectly, as a result of such defendant's commission of the offense;

23     b.  $210,781 in United States currency, seized by the Federal Bureau of

24         Investigation ("FBI") on or about February 11, 2022;

25     c.  $2,365.00 in United States currency, seized by the Drug Enforcement

26         Administration ("DEA") on or about August 11, 2022;

27

d. the following amounts of United States currency, seized by DEA on or about December 9, 2022:

- $59,799.00;
- $10,415.00;
- $6,512.00;
- $1,745.00;
- $1,293.00;
- $1,238.00; and
- $34.00;

e. the following vehicles seized by DEA on or about December 9, 2022:

- one 2022 BMW X6, VIN: 5YMCY0C05N9N21792
- one 2020 GMC Sierra, VIN: 1GT49REY0LF195108
- one 2018 Dodge Charger, VIN: 2C3CDXL93JH328602;
- one 2012 Mercedes-Benz CLS; and
- one 2016 Polaris RZR;

f. the following firearms, firearm accessories, and ammunition seized by FBI on or about February 11, 2022:

- one Glock 17 pistol with Spartan laser attached, bearing serial number UEA064;
- one Glock 21 GMBH pistol, bearing serial number MRS587;
- one Mossberg 930 shotgun, bearing serial number AF0053945;
- one Sun City Machinery Co., Stevens 320 shotgun, bearing serial number 203102M;
- one Heckler & Koch P30 pistol, bearing serial number 219-026609;
- one Heckler & Koch HK416 rifle, bearing serial number HB022788;
- one Glock 19 pistol, bearing serial number BRF-B706;
- one Stream Light Flashlight (attached to Glock 19);

Indictment - 12
United States v. Jesse Bailey, et al.
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- one Aero Precision X15 rifle, bearing serial number X384302;
- one Vortex Viper Optic scope (attached to Aero Precision X15 rifle);
- one Aero Precision EPC-9 rifle, bearing serial number SF-011187;
- one Vortex Sparc Optic scope (attached to Aero Precision EPC-9 rifle);
- four suppressors;
- one Aero Precision EPC-9 rifle, bearing serial number SF-031095;
- one Surefire KM-1 flashlight (attached to Aero Precision EPC-9 rifle);
- one Aero Precision Betsy rifle, bearing serial number BRM4-0529;
- one Vortex Venom Optic scope / DBL-1 laser light (attached to Aero Precision Betsy rifle);
- one Aero Precision M5 rifle, bearing serial number US156538;
- one Aero Precision M4E1 rifle, bearing serial number M4-0230395;
- one Aero Precision Freedom rifle, bearing serial number 14481-July4;
- three bipods (attached to Aero Precision Freedom rifle, Aero Precision M5 rifle and Aero Precision X15 rifle);
- one Aero Precision X15 rifle, bearing serial number X332532;
- one Polymer 80 handgun, bearing an unknown serial number;
- one Black AR15 style rifle, bearing an unknown serial number;
- one Trijicon SRS Optic scope (attached to Black AR15 style rifle);
- any associated ammunition;
- one box of loaded and unloaded magazines; and
- one bag with miscellaneous gun parts and four gun boxes;

g. the following firearms, firearm accessories, and ammunition seized by DEA on or about December 9, 2022:

- one Sig Sauer SP2340 .40 caliber pistol with magazine and 33 rounds of ammunition;

Indictment - 13
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- one Springfield Armory XDM Elite 10mm pistol with magazine and 13 rounds of ammunition;
- one CZ 7.62x25 pistol with magazine and six rounds of ammunition;
- one Panzer Arms BP-12 12-gauge shotgun with drum magazine and 16 rounds of ammunition;
- on PW Arms Yugo M59/66 7.62x39 rifle;
- one privately made firearm 7.62 caliber rifle with drum magazine and 25 rounds of ammunition;
- one Mossberg 500 12-gauge shotgun;
- one Smith and Wesson M&P 15 5.56 caliber rifle with magazine;
- one Winchester 1300 12-gauge shotgun;
- one Jennings Firearms J22 .22 caliber pistol with magazine and 6 rounds of ammunition;
- one Iver Johnson Cycle Works .32 caliber revolver;
- one Ruger Single Six .22 caliber revolver;
- one R-Schmit Ostheim/Rhon Colt 6 .22 caliber revolver;
- one Winchester 1400 20-gauge shotgun;
- one Ruger 57 5.7x28 caliber pistol with magazine and 20 rounds of ammunition;
- one Glock 17 9mm pistol with magazine and 17 rounds of ammunition;
- one Ruger EC9 9mm pistol with magazine and seven rounds of ammunition; and
- one American Tactical Omni Hybrid 5.56 pistol with magazine and 60 rounds of ammunition;

h. one Glock 26 9mm pistol bearing serial number BEDF842 with two magazines and 30 rounds of ammunition, seized by DEA on or about December 14, 2022;

Indictment - 14
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

i.  the real property with address 50 County Road N9012, Concho, Arizona, 85924; and

j.  the real property with address 49 County Road N9012, Concho, Arizona, 85924.

Upon conviction of the offense alleged in Count 2, RONALDO MCCOMB shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 3, JESSE JAMES BAILEY and CANDACE BAILEY shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 4, YEHOSHUA KILP and STEPHANIE YEPEZ shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 5, YEHOSHUA KILP and SARA THOMPSON shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 6, BRYSON GILL, MICHAEL SLOCUMB, MICHAEL WARREN, and ISAAC CERVANTES shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

a.  the following vehicles seized by DEA on or about December 9, 2022:

- one 2022 BMW X6, VIN: 5YMCY0C05N9N21792;

1       • one 2020 GMC Sierra, VIN: 1GT49REY0LF195108;

2       • one 2018 Dodge Charger, VIN: 2C3CDXL93JH328602;

3       • one 2012 Mercedes-Benz CLS; and

4       • one 2016 Polaris RZR;

5     b. the following firearms, firearm accessories, and ammunition seized by DEA on

6        or about December 9, 2022:

7         ▪ one Sig Sauer SP2340 .40 caliber pistol with magazine and 33 rounds of

8          ammunition;

9         ▪ one Springfield Armory XDM Elite 10mm pistol with magazine and 13

10          rounds of ammunition;

11         ▪ one CZ 7.62x25 pistol with magazine and six rounds of ammunition;

12         ▪ one Panzer Arms BP-12 12 gauge shotgun with drum magazine and 16

13          rounds of ammunition;

14         ▪ on PW Arms Yugo M59/66 7.62x39 rifle;

15         ▪ one privately made firearm 7.62 caliber rifle with drum magazine and

16          25 rounds of ammunition;

17         ▪ one Mossberg 500 12-gauge shotgun;

18         ▪ one Smith and Wesson M&P 15 5.56 caliber rifle with magazine;

19         ▪ one Winchester 1300 12-gauge shotgun;

20         ▪ one Jennings Firearms J22 .22 caliber pistol with magazine and six

21          rounds of ammunition;

22         ▪ one Iver Johnson Cycle Works .32 caliber revolver;

23         ▪ one Ruger Single Six .22 caliber revolver;

24         ▪ one R-Schmit Ostheim/Rhon Colt 6 .22 caliber revolver;

25         ▪ one Winchester 1400 20-gauge shotgun;

26         ▪ one Ruger 57 5.7x28 caliber pistol with magazine and 20 rounds of

27          ammunition;

Indictment - 16
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- one Glock 17 9mm pistol with magazine and 17 rounds of ammunition;
- one Ruger EC9 9mm pistol with magazine and seven rounds of ammunition; and
- one American Tactical Omni Hybrid 5.56 pistol with magazine and 60 rounds of ammunition;

Upon conviction of the offense alleged in Count 7, MICHAEL SLOCUMB shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

a. the following vehicles seized by DEA on or about December 9, 2022:

- one 2018 Dodge Charger, VIN: 2C3CDXL93JH328602; and
- one 2012 Mercedes-Benz CLS;

b. the following firearms, firearm accessories, and ammunition seized by DEA on or about December 9, 2022:

- one Sig Sauer SP2340 .40 caliber pistol with magazine and 33 rounds of ammunition;
- one Springfield Armory XDM Elite 10mm pistol with magazine and 13 rounds of ammunition;
- one CZ 7.62x25 pistol with magazine and six rounds of ammunition;
- one Panzer Arms BP-12 12 gauge Shotgun with drum magazine and 16 rounds of ammunition;
- one PW Arms Yugo M59/66 7.62x39 rifle; and
- one privately made firearm 7.62 caliber rifle with drum magazine and 25 rounds of ammunition;

Upon conviction of the offense alleged in Count 8, JESSE JAMES BAILEY, THOMAS CARVER, and ANNA SARNES shall each forfeit to the United States,

Indictment - 17
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  pursuant to Title 21, United States Code, Section 853, any property that constitutes or is

2  traceable to proceeds of the offense, as well as any property that facilitated the offense.

3       Upon conviction of the offense alleged in Count 9, THOMAS CARVER,

4  ANTHONY ESCOTO, and WILLIAM TRIPP shall each forfeit to the United States,

5  pursuant to Title 21, United States Code, Section 853, any property that constitutes or is

6  traceable to proceeds of the offense, as well as any property that facilitated the offense.

7  This property includes, but is not limited to:

8       a.  one Glock 26 9mm pistol bearing serial number BEDF842 with two magazines

9          and 30 rounds of ammunition, seized by DEA on or about December 14, 2022.

10       Upon conviction of the offense alleged in Count 10, GUSTAVO

11  CASTELLANOS-TAPIA shall forfeit to the United States, pursuant to Title 21, United

12  States Code, Section 853, any property that constitutes or is traceable to proceeds of the

13  offense, as well as any property that facilitated the offense.

14       Upon conviction of the offense alleged in Count 11, THOMAS CARVER shall

15  forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

16  property that constitutes or is traceable to proceeds of the offense, as well as any property

17  that facilitated the offense.

18       Upon conviction of the offense alleged in Count 12, RONALDO MCCOMB shall

19  forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

20  property that constitutes or is traceable to proceeds of the offense, as well as any property

21  that facilitated the offense.

22  //

23

24  //

25

26  //

27

Indictment - 18
*United States v. Jesse Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3/16/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
ZACHARY W. DILLON
Assistant United States Attorney

_____
MAX B. SHINER
Assistant United States Attorney

Indictment - 19
*United States v. Jessie Bailey, et al.*
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253)428-3800