**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JESSE JAMES BAILEY<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>        or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: THOMAS CARVER

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No              If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

      or     Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

**Arraignment**

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

**Trial**

Estimated trial length (days): 5 days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: BRYSON GILL<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                    If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>                    or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td>Defendant Status</td><td>

Defendant Name: YEHOSHUA KILP

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No              If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

    or   Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

</td></tr>
<tr><td>Defendant Location</td><td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody:

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☒ Other: State custody

</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td></tr>
<tr><td>Arraignment</td><td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

 ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

 ☐ Defense Counsel name and address: Click or tap here to enter text.

</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 5 days

</td></tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: GUSTAVO CASTELLANOS-TAPIA<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>            or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr>
<td rowspan="5"><strong>Defendant Status</strong></td>
<td>

Defendant Name: CANDACE BAILEY

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No              If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

or    Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

</td>
</tr>
</table>

<table>
<tr>
<td><strong>Defendant Location</strong></td>
<td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Release</strong></td>
<td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td>
</tr>
<tr>
<td><strong>Arraignment</strong></td>
<td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

  ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

  ☐ Defense Counsel name and address: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Trial</strong></td>
<td>

Estimated trial length (days): 5 days

</td>
</tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: RONALD MCCOMB<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No              If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>　　　　　or　　　　Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>　☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>　☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: KEAGEN LARSEN<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No             If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>          or       Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☐ At large.<br><br>☒ Other: State custody |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: SEAN MOINETTE<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes  ☒ No        If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>       or     Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☐ At large.<br><br>☒ Other: State custody |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>   ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>   ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: GREGORY BEERS<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No              If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>            or      Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: MICHAEL SLOCUMB<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>        or      Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: MICHAEL WARREN<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>        or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td rowspan="1">Defendant Status</td><td>

Defendant Name: ISAAC CERVANTES

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes ☒ No If yes: Select Charging Doc Type

If yes, please enter the cause number below:

or Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district? ☐ Yes ☒ No

</td></tr>
<tr><td>Defendant Location</td><td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td></tr>
<tr><td>Arraignment</td><td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

  ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

  ☐ Defense Counsel name and address: Click or tap here to enter text.

</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 5 days

</td></tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: SARA THOMPSON<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>　　　　　or 　　　Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>　　☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>　　☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: ERIC SMITH<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No            If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>      or      Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☐ At large.<br><br>☒ Other: State custody |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: SHAWN ELLIS <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No                If yes:  Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br>                    or      Enter MJ Cause Number here. <br><br> Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: Enter other District here. <br><br> ☐ In custody (different cause number) in another District: Enter other info here. <br><br> ☐ In local custody: Enter local jurisdiction here. <br><br> ☐ In the community on supervision under cause number: Enter cause number here. <br><br> ☒ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: <br><br>     ☐ Defendant Address: Click or tap here to enter text. <br><br> ☐ Letter to defense counsel for appearance on: Click or tap to enter a date. <br><br>     ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JOSEPH HEMPEL<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No              If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>        or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: STEPHANIE YEPEZ

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No                If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

            or        Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

**Arraignment**

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

**Trial**

Estimated trial length (days): 5 days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr>
<td rowspan="1"><strong>Defendant Status</strong></td>
<td>

Defendant Name: PHILIP BOORKMAN

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No             If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

        or    Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

</td>
</tr>
<tr>
<td><strong>Defendant Location</strong></td>
<td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Release</strong></td>
<td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td>
</tr>
<tr>
<td><strong>Arraignment</strong></td>
<td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Trial</strong></td>
<td>

Estimated trial length (days): 5 days

</td>
</tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr>
<td rowspan="2">Defendant Status</td>
<td>Defendant Name: C'LA MORALES

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes     ☒ No          If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

            or       Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes     ☒ No</td>
</tr>
<tr>
<td>
</td>
</tr>
<tr>
<td>Defendant Location</td>
<td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.</td>
</tr>
<tr>
<td>Release</td>
<td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD</td>
</tr>
<tr>
<td>Arraignment</td>
<td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.</td>
</tr>
<tr>
<td>Trial</td>
<td>Estimated trial length (days): 5 days</td>
</tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: RONNIE GRIFFIN<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes     ☒ No                 If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>        or      Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?     ☐ Yes     ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: DANIEL HAMMOND

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No              If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

            or      Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

**Arraignment**

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

**Trial**

Estimated trial length (days): 5 days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td>Defendant Status</td><td>

Defendant Name: ANNA SARNES

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes     ☒ No                 If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

         or      Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?     ☐ Yes     ☒ No

</td></tr>
<tr><td>Defendant Location</td><td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td></tr>
<tr><td>Arraignment</td><td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 5 days

</td></tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr>
<td rowspan="1"><strong>Defendant Status</strong></td>
<td>

Defendant Name: ANTHONY ESCOTO

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes      ☒ No                If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

         or      Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

</td>
</tr>
<tr>
<td><strong>Defendant Location</strong></td>
<td>

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Release</strong></td>
<td>

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

</td>
</tr>
<tr>
<td><strong>Arraignment</strong></td>
<td>

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

</td>
</tr>
<tr>
<td><strong>Trial</strong></td>
<td>

Estimated trial length (days): 5 days

</td>
</tr>
</table>

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: WILLIAM TRIPP <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No                If yes:  Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br>         or    Enter MJ Cause Number here. <br><br> Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: Enter other District here. <br><br> ☐ In custody (different cause number) in another District: Enter other info here. <br><br> ☐ In local custody: Enter local jurisdiction here. <br><br> ☐ In the community on supervision under cause number: Enter cause number here. <br><br> ☒ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: <br><br>     ☐ Defendant Address: Click or tap here to enter text. <br><br> ☐ Letter to defense counsel for appearance on: Click or tap to enter a date. <br><br>     ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: DANA HANSON<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes   ☒ No           If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>         or      Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>   ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>   ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JUSTIN HANSON<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No                If yes:  Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>or        Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br><br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 5 days |