AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED ___ LODGED
___ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

United States of America
v.

JESSE JAMES BAILEY

*Defendant*

Case No. CR23-5085-1 DGE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JESSE JAMES BAILEY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Date: 03/16/2023

*Issuing officer's signature*

City and state: Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/23, and the person was arrested on *(date)* 3/22/23
at *(city and state)* Tacoma, WA.

Date: 3/22/23

**ARRESTED**

*Arresting officer's signature*

Joshua Anderson, Special Agent
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>GUSTAVO CASTELLANOS-TAPIA<br>*Defendant* | Case No. CR23-5085-5 DGE |

FILED ___ LODGED
___ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GUSTAVO CASTELLANOS-TAPIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Date: 03/16/2023

*Issuing officer's signature*

City and state:     Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* March 16, 2023 , and the person was arrested on *(date)* March 22, 2023
at *(city and state)* Tacoma, Washington .

Date: March 22, 2023          ARRESTED

*Arresting officer's signature*

SA Zachary T. Hippe
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>CANDACE BAILEY<br>*Defendant* | )<br>)  Case No.  CR23-5085-6 DGE<br>)<br>)<br>)<br>) |

FILED ___ LODGED
___ RECEIVED
MAR 23 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CANDACE BAILEY                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Date:   03/16/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 22 March 2023, and the person was arrested on *(date)* 22 March 2023
at *(city and state)*  Quilcene, WA                    .

Date: 22 March 2023      **ARRESTED**

*Arresting officer's signature*

Mark Tucher  Special Agent FBI
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED ___ LODGED
___ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

United States of America
v.

RONALD MCCOMB
*Defendant*

Case No. CR23-5085-7 DGE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RONALD MCCOMB,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.
Possession of a Controlled Substance with Intent to Distribute and Distribution in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Date: 03/16/2023

*Issuing officer's signature*

City and state: Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* March 22, 2023
at *(city and state)* Ridgefield, Washington.

Date: March 22, 2023

**ARRESTED**

*Arresting officer's signature*

SA Zachary T. Hippe
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR23-5085-12 DGE |
| | ) | |
| MICHAEL WARREN | ) | |
| *Defendant* | ) | |

FILED _____ LODGED
_____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MICHAEL WARREN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

Date:    03/16/2023

*Issuing officer's signature*

City and state:    Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*  3/22/23 , and the person was arrested on *(date)*  3/22/23
at *(city and state)*  Tacoma, WA                                                                         .

Date:  3/22/23            **ARRESTED**

*Arresting officer's signature*

Joshua Anderson, Special Agent
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>SARA THOMPSON<br>*Defendant* | )<br>)  Case No. CR23-5085-14 DGE<br>)<br>)<br>)<br>) |

FILED _____ LODGED
_____ RECEIVED
MAR 23 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SARA THOMPSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Date:    03/16/2023

_____
*Issuing officer's signature*

City and state:    Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*   3/22/23  , and the person was arrested on *(date)*   3/22/23
at *(city and state)*   Tacoma, WA

Date:   3/22/23         **ARRESTED**

_____
*Arresting officer's signature*

John Anderson, Special Agent
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

United States of America
v.

JOSEPH HEMPEL

*Defendant*

Case No. CR23-5085-17 DGE

FILED _____ LODGED
_____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSEPH HEMPEL                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

Date:   03/16/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/16/2023 , and the person was arrested on *(date)* 3/22/23
at *(city and state)* Burien, WA

Date: 3/22/23      **ARRESTED**

*Arresting officer's signature*

Kelli Johnson - FBI Special Agent
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

```
_____ FILED    _____ LODGED
                  _____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>PHILIP BOORKMAN<br>*Defendant* | )<br>)  Case No.  CR23-5085-19 DGE<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PHILIP BOORKMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

Date:  03/16/2023

City and state:   Seattle, Washington

*Issuing officer's signature*

Jessica Sands, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  03/21/2023 , and the person was arrested on *(date)*  03/22/2023
at *(city and state)*  Seattle, WA

Date:  03/22/2023

**ARRESTED**

*Arresting officer's signature*

FBI SA Dean W. Giboney
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>C'LA MORALES<br>*Defendant* | )<br>)  Case No.  CR23-5085-20 DGE<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* C'LA MORALES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

Date: 03/16/2023

*Issuing officer's signature*

City and state: Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/23, and the person was arrested on *(date)* 3/22/23
at *(city and state)* Tacoma, WA

Date: 3/22/23

**ARRESTED**

*Arresting officer's signature*

Joshua Anderson, Special Agent
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | CR23-5085-23 DGE |
| | ) | | |
| | ) | | |
| ANNA SARNES | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANNA SARNES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Date: 03/16/2023

_____
*Issuing officer's signature*

City and state: Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 22 March 2023, and the person was arrested on *(date)* 22 March 2023
at *(city and state)* Quilcene, WA.

Date: 22 March 2023     **ARRESTED**

_____
*Arresting officer's signature*

Mark Tucher  Special Agent FBI
*Printed name and title*

2021R00945

AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED

MAR 23 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) Case No. CR23-5085-24 DGE |
| ANTHONY ESCOTO | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **ANTHONY ESCOTO**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).
Possession of a Controlled Substance with Intent to Distribute all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

Date:   03/16/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Jessica Sands, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* March 16, 2023, and the person was arrested on *(date)* March 22, 2023
at *(city and state)* Tacoma, Washington.

Date: March 22, 2023          **ARRESTED**

*Arresting officer's signature*

SA Zachary T. Hippe
*Printed name and title*

2021R00945