UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-5085 |
| Plaintiff, | ) ) | |
| v. | ) ) | DEFENDANT CARVER'S RESPONSE REGARDING MOTION TO CONTINUE TRIAL |
| THOMAS CARVER, | ) ) | |
| Defendant. | ) ) | |

    Defendant Carver responds to the motion to continue the trial. Dkt. 252 He does not oppose a continuance of the current trial date and pretrial motions dates but does oppose such a lengthy continuance to May 6, 2024. He would not oppose a continuance to January or February of 2024.

    DATED this 25th day of April.

*Peter A.Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Carver

Response to Motion to Continue
(USA v. Bailey et al CR23-5085 DGE TL)

**PETER A. CAMIEL**
**CAMIEL & CHANEY P.S.**
**2815 Elliott Ave, Suite 100**
**Seattle, WA  98121**
**(206)636-1725**