CHIEF JUDGE DAVID G. ESTUDILLO

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>    v.<br><br>ISAAC CERVANTES,<br><br>                          Defendant. | Case No. CR23-5085 DGE<br><br>DEFENDANT CERVANTES' RESPONSE TO CO-DEFENDANT BAILEY'S MOTION TO CONTINUE TRIAL |

      Defendant Isaac Cervantes agrees that a continuance of the trial date and pretrial motions deadline is necessary to ensure that he receives effective assistance of counsel. Mr. Cervantes is similarly situated to the moving co-defendants in that he will need additional time to review discovery from the Government, conduct investigation and negotiations, and prepare for motions and trial. However, Mr. Cervantes believes that a six month continuance should be sufficient and he requests that the Court set a new trial date around the beginning of November 2023.

      DATED THIS 25th day of April, 2023.

_[signature]_
Lisa Mulligan, WSBA #29429
Attorney for Defendant Isaac Cervantes

DEFENDANT CERVANTES' RESPONSE TO
CO-DEFENDANT BAILEY'S MOTION TO CONTINUE TRIAL

Page **1** of **2**

THE LAW OFFICE OF LISA MULLIGAN
600 FIRST AVENUE, SUITE 102-2198
SEATTLE, WA 98104
(206) 707-9361 ● LisaMulliganLaw@gmail.com

CERTIFICATION OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

SIGNED AND DATED in Seattle, Washington, this 25th day of April, 2023.

_____
Lisa Mulligan, WSBA #29429
Attorney for Defendant Isaac Cervantes

Defendant Cervantes' Response to
Co-Defendant Bailey's Motion To Continue Trial

Page **2** of **2**

The Law Office of Lisa Mulligan
600 First Avenue, Suite 102-2198
Seattle, WA 98104
(206) 707-9361 ● LisaMulliganLaw@gmail.com