Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL SLOCUMB,<br><br>　　　　　Defendant. | Case No.: CR23-05085DGE<br><br>RESPONSE TO MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE AND TRIAL DATE |

Defendant Michael Slocumb has no objection to the motion seeking a continuance of the pretrial motions due date and the trial date, Dkt. No 252.

Respectfully submitted this 4th day of May, 2023.

　　　　　　　　　　　　　_____s/ Michael G. Martin_____
　　　　　　　　　　　　　Michael G. Martin, WSBA #11508
　　　　　　　　　　　　　Counsel for Michael Slocumb
　　　　　　　　　　　　　Siderius Lonergan & Martin LLP
　　　　　　　　　　　　　500 Union Street, Suite 847
　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　(206) 624-2800
　　　　　　　　　　　　　Fax (206) 624-2805
　　　　　　　　　　　　　Email: michaelm@sidlon.com

RESPONSE TO MOTION TO CONTINUE
PTM DUE DATE AND TRIAL DATE
(Slocumb, CR23-05085DGE) -1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805