Exhibit 1
Government's Sentencing Memorandum
United States v. Jesse Bailey
CR23-5085DGE

# WebRMS Incident Summary

**UNOFFICIAL - FOR INTERNAL USE ONLY**

**Incident No: 2204501712**

☐ Show Details     ☑ Show All Data

Incident may have Officer Video

**2204501712**

## Index

| Name | Type | |
|------|------|---|
| **Offenses** | | |
| **Wendelin, Candace Marie** | **Victim** | V-1 |
| **Property** | | |
| **Investigative Detail** | | |

Display

All

| | |
|---|---|
| PDA: | |
| Subject: | .1) **Burglary \| Fel \| Ofcr Video** |
| | |
| IBR Disposition: | .1) **Active** |
| Case Management Disposition: | |
| | |
| Forensics: | |
| | |
| Case Report Status: | .1) **Approved** |

| | |
|---|---|
| HomeLand Security: | |
| | |
| | |
| Reported By/Date: | .1) **94-046 - Sousley, J 2/14/2022 18:45:46** |
| Reporting Officer Video: | .1) **Yes** |
| Reviewed By/Date: | .1) **94-038 - Shears, Cory   2/15/2022 09:21:04** |

## Related Cases

| Case Report Number | Agency |
|--------------------|--------|

## Attachments

| .1 = Attachments 1 |
|---|

| | |
|---|---|
| Location Address: | .1) **2415 70TH Ave W #16, University Place, WA 98466** |
| Location Name: | .1) **PRIME STORAGE** |
| Contact Location: | |
| Recovery Location: | |
| CB/Grid/RD: | .1) **204 - UNIVERSITY PLACE** |
| Occurred From: | .1) **2/11/2022 12:00:00** |
| Potential Officer Video: | |
| Notes: | |

| | |
|---|---|
| Cross Street: | |
| | |
| | |
| District/Sector: | .1) **UP01 - UP (City Center)** |
| Occurred To: | .1) **2/14/2022 16:00:00** |

| | |
|---|---|
| Call Source: | .1) **Dispatched** |
| Phone Report: | |
| Insurance Letter: | |
| Entered On: | .1) **2/14/2022 18:14:30** |
| Approved On: | .1) **2/15/2022 09:23:02** |
| Adult/Juvenile Clearance: | |
| Additional Distribution: | |

| | |
|---|---|
| Assisted By: | |
| Notified: | |
| Entered By: | .1) **94-046 - Sousley, J** |
| Approved By: | .1) **Automated Policy** |
| Exceptional Clearance: | |
| Exceptional Clearance Date: | |
| Other Distribution: | |

## Offense Details:   2205 - Burglary - No Force Entry - Non Residence

### Victim 1:   Wendelin, Candace Marie

PDA:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Aliases: | | | | | | | | |
| DOB: | .1) ▮▮▮▮/1982 | Age: | .1) **39** | Sex: | .1) **Female** | Race: | .1) **White** | Ethnicity: .1) **Non-Hispanic** |
| Height: | .1) **5'6** | Weight: | .1) **170** | Hair Color: | .1) **Brown** | Eye Color: | .1) **Hazel** | |
| Address: | ▮▮▮▮▮▮▮ | | | County: | | | Phone: | .1) ▮▮▮▮▮ **7042** |
| City, State Zip: | .1) **Steilacoom, WA 98388** | | | Country: | | | Business Phone: | |

## Property Master No. 1 Report No. 1:   9998 - Pending Inventory

| | | | |
|---|---|---|---|
| Other Common Item: | | Photographed: | |
| Description: | .1) **theft inventory sheet** | Fingerprinted: | |
| Quantity: | .1) **1** | Contents Sampled: | |
| Finding Location: | | Owner: | .1) **Candace Marie Wendelin** |

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |
| | | | |
| Synopsis: | .1) **Burglary to storage unit. No forced entry into the unit or gun safe containing $220,000 and a cache of 12 firearms.** | | |
| | | | |

| | |
|---|---|
| Narrative: | .1 94-046 - Sousley, J) |

**This report is intended as a summary of events. I have paraphrased conversations and do not include an exact sequencing of events. For any exact quotes or exact sequencing of events, I would refer the reader to my body-worn camera footage, as it was recording at the time of this incident.**

**On 2/14/22 at about 1730 hrs I contacted Candace Wendelin at her storage unit regarding a burglary. Wendelin stated unknown person(s) entered the storage unit sometime over the weekend and accessed the gun safe stored inside the unit. Wendelin stated the safe was gutted with $220,000 in cash and weapons cache of 12 firearms. I looked at the safe and saw the safe had not been forced open. Wendelin stated the safe combo was the same as the storage unit alarm combo. Wendelin did not have any suspect information but mentioned an Anthony F. Johnson, who is in jail in Lewis County, may be involved. She stated he has been to the storage unit and may have watched for the codes since Wendelin stated they never really hid the keypads as they entered the codes. Wendelin stated the only people with keys to the storage unit are her, her husband and daughter.**

**Wendelin stated the cash was from some gambling winnings and trading investments. She did not have the serial numbers to the firearms. I gave Wendelin a theft inventory sheet to complete and mail back in. She will try and locate the serial numbers to the missing firearms. She stated her Hellcat pistol was at her house.**

**Wendelin will try to get video footage from management. The camera above the storage unit had been pushed up to prevent a good view. Body cam footage was uploaded. Nothing further at this time.**

| | | | |
|---|---|---|---|
| | | | |
| Reviewed By: | .1) **94-038 - Shears, Cory** | Reviewed Date: | .1) **2/15/2022 09:21:04** |

**For Law Enforcement Use Only - No Secondary Dissemination Allowed.**

**Report Printed:** 03/24/2023 11:30
By:  Olson, Chris