Exhibit 2
Government's Sentencing Memorandum
United States v. Jesse Bailey
CR23-5085DGE

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Jesse James Bailey | Leader of Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Counts 3 & 8**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy**; 841(b)(1)(A); **Count 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); **Count 3: Conspiracy to Launder Money**; 18 USC 1956(h) | CH III | **TOL 43** **BOL 38;** 2D1.1(a)(5) **+2 Drug Premises;** 2D1.1(b)(12) **+2 Misrepresented Fentanyl;** 2D1.1(b)(13) **+2 Money Laundering;** 2S1.1(b)(2)(B) **+2 Leadership role;** 3B1.1(c) **-3 Acceptance;** 3E1.1 | Life (+60m) | Joint 210 Months | 7/2/2025 |
| | Thomas Carver | Co-Leader of Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Counts 8, 9 & 11**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); | CH III | **TOL 43** **BOL 38;** 2D1.1(a)(5) **+2 Dangerous Weapon;** 2D1.1(b)(1) **+2 Drug Premises;** 2D1.1(b)(12) **+2 Misrepresented Fentanyl;** 2D1.1(b)(13) **+2 Leadership Role;** 3B1.1(a) **-3 Acceptance;** 3E1.1 | Life | 180 Months | 144 Months |
| | Bryson Gill | Fentanyl supplier to Bailey DTO & Leader of Gill DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 6**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(A); **Count 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); **Count 3: Conspiracy to Launder Money**; 18 USC 1956(h) | CH III | **TOL 45** **BOL 38;** 2D1.1(a)(5) **+2 Drug Premises;** 2D1.1(b)(12) **+4 Misrepresented Fentanyl;** 2D1.1(b)(13) **+2 Money Laundering;** 2S1.1(b)(2)(B) **+2 Leadership role;** 3B1.1(c) **-3 Acceptance;** 3E1.1 | Life (+60m) | Joint 210 Months | 210 Months |
| | Yehoshua Kilp | Leader of Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Counts 4&5**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(A); **Count 2: Conspiracy to Launder Money**; 18 USC 1956(h) | CH VI | **TOL 43** **BOL 38;** 2D1.1(a)(5) **+2 Drug Premises;** 2D1.1(b)(12) **+2 Misrepresented Fentanyl;** 2D1.1(b)(13) **+2 Money Laundering;** 2S1.1(b)(2)(B) **+2 Leadership role;** 3B1.1(c) **-3;** 3E1.1 | Life | TBD | 8/15/2025 |

| DEFENDANT | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|
| Gustavo Castellanos-Tapia | Meth Supplier to Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 10:** PWID 21 U.S.C. 841(b)(1)(A) | **Conspiracy;** 21 U.S.C. 846, 841(b)(1)(B) | CH I | **TOL 31** **BOL 38**; 2D1.1(a)(5) **-2 Zero Point;** 4C1.1 **-3**; 3E1.1 | 108-135 months | 108 Months | 90 Months |
| Candace Bailey | Covert Leader of Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 3:** PWID 21 U.S.C. 841(b)(1)(A) | **Count 1:** Conspiracy; 21 USC 841(b)(1)(C); **Count 2:** Transfer of a Firearm to a Prohibited Person; 18 USC 922(d)(1) **Count 3:** Conspiracy to launder money 18 USC 1956(h) | CH I | **TOL 43** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon;** 2D1.1(b)(1) **+2 Drug Premises;** 2D1.1(b)(12) **+2 Misrepresented Fentanyl;** 2D1.1(b)(13) **+2 Money Laundering;** 2S1.1(b)(2)(B) **-3**; 3E1.1 | Life | 120 Months | 7/2/2025 |
| Ronald McComb | Redistributor & Manager of Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Counts 2 & 12: PWID** 21 U.S.C. 841(b)(1)(B) | **Count 1:** Conspiracy; 21 USC 841(b)(1)(C); **Count 2:** Felon in Possession of a Firearm; 18 USC 922(g) | CH II | **TOL 39** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon;** 2D1.1(b)(1) **+2 Misrepresented Fentanyl;** 2D1.1(b)(13) **-3**; 3E1.1 | 292-365 months | Joint 156 Months | 156 Months |
| Keagen Larsen | Redistributor & Enforcer for Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A) | TBD | TBD | TBD | TBD | TBD | Currently in custody in King County facing Homicide charges - |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Sean Moinette | Redistributor & Manager of Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(B); | CH VI | **TOL37**<br>**BOL 34**; 2D1.1(a)(5)<br>**+2 Threat of Violence**; 2D1.1(b)(2)<br>**+2 Manger of Criminal Activity**; 3B1.1(a)<br>**+2 Obstruction**; 3C1.1<br>**-3**; 3E1.1 | **360-life** | 156 Months | 144 months |
| | Gregory Beers | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy**; 841(b)(1)(B);<br>**Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH VI | **TOL 37**<br>**BOL 36**; 2D1.1(a)(5)<br>**+2 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**+2 Obstruction**; 3C1.1<br>**-3**; 3E1.1 | **360-life (+60m)** | **Joint 150 Months** | 150 Months |
| | Michael Slocumb | Redistributor & Enforcer for Gill DTO | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A);<br>**Count 6**: PWID 21 U.S.C. 841(b)(1)(a);**Count 7**: PWID 21 U.S.C. 841(b)(1)(C); | **Count 1: Conspiracy**; 841(b)(1)(B);<br>**Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH I | **TOL 43**<br>**BOL 38**; 2D1.1(a)(5)<br>**+2 Drug Premises**; 2D1.1(b)(12)<br>**+4 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**+2 Money Laundering**; 2S1.1(b)(2)(B)<br>**-3**; 3E1.1 | **324-405 (+60m)** | 180 Months | 168 Months |
| | Michael Warren | Stash House Manager & Pill Press Operator for Gill DTO | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A);<br>**Count 6**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy**; 841(b)(1)(B); | CH I | **TOL 43**<br>**BOL 38**; 2D1.1(a)(5)<br>**+2 Dangerous Weapon**; 2D1.1(b)(1)<br>**+2 Drug Premises**; 2D1.1(b)(12)<br>**+4 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**-3**; 3E1.1 | **Life** | 156 Months | 90 Months |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Isaac Cervantes | Redistributor for Gill DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 6: PWID 21 U.S.C. 841(b)(1)(A) | Conspiracy; 21 U.S.C. 846, 841(b)(1)(B) | CH I | TOL 39 BOL 38; 2D1.1(a)(5) +2 Dangerous Weapon; 2D1.1(b)(1) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 262-327 months | 120 Months | 108 Months |
| | Sara Thompson | Redistributor & Stash House Manager for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 5: PWID 21 U.S.C. 841(b)(1)(A) | Conspiracy; 21 U.S.C. 846, 841(b)(1)(B) | CH I | TOL 41 BOL 38; 2D1.1(a)(5) +2 Dangerous Weapon; 2D1.1(b)(1) +2 Drug Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 324-405 months | 120 Months | 84 Months |
| | Eric Smith | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(B); Counts 2: Possess a Firearm in Furtherance of Drug Trafficking; 18 USC 924(c); | CH VI | TOL 37 BOL 36; 2D1.1(a)(5) +2 Drug Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 360m - Life (+60m) | Joint 144 Months | 144 Months |
| | Shawn Ellis | Redistributor for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(B); Counts 2: Possess a Firearm in Furtherance of Drug Trafficking; 18 USC 924(c); | CH V | TOL 39 BOL 38; 2D1.1(a)(5) +2 Maintaining Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 360m - Life (+60m) | 180 Months | 156 Months |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Joseph Hempel | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy** 21 U.S.C. 846, 841(b)(1)(A); **Count 2: Felon in Possesion of a Firearm,** 18 U.S.C. 922(g)(1) | CH IV | **TOL 39** **BOL 36**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Maintaining Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **360m - Life** | Joint 126 Months | 126 Months |
| | Stephanie Yepez | Redistributor for Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 4:** PWID 21 U.S.C. 841(b)(1)(a) | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(C) | CH II | **TOL 35** **BOL 38**; 2D1.1(a)(5) **-3**; 3E1.1 | **188-235 months** | 84 Months | 50 Months |
| | Philip Boorkman | Redistributor for Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(B); | CH VI | **TOL 27** **BOL 28**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **130-162 months** | Low End of Guidelines | 10/3/2025 |
| | C'la Morales | Redistributor for Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(C); **Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH IV | **TOL 35** **BOL 34**; 2D1.1(a)(5) **+2 Maintaining Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **235-293 months (+60m)** | 120 months | 84 months |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Ronnie Griffin | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(B) | CH VI | **TOL 35**<br>**BOL 34**; 2D1.1(a)(5)<br>**+2 Dangerous Weapon**; 2D1.1(b)(1)<br>**+2 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**-3**; 3E1.1 | 292-365 months | 120 Months | 75 months |
| | Daniel Hammond | Redistributor for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | TBD | CH VI | **TOL 31**<br>**BOL 32**; 2D1.1(a)(5)<br>**+2 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**-3**; 3E1.1 | 188-235 months | TBD | Pending Trial |
| | Anna Sarnes | Courier | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 8: PWID 21 U.S.C. 841(b)(1)(A) | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(C) | CH I | **TOL 23**<br>**BOL 30**; 2D1.1(a)(5)(i)  & 2D1.1(c)(4)<br>**-2 Minimal Participant**; 3B1.2(b)<br>**-2 Zero Point**; 4C1.1<br>**-3**; 3E1.1 | 46-57 months | 22 months | 14 months |
| | Anthony Escoto | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 9: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy**; 841(b)(1)(C); **Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH VI | **TOL 33**<br>**BOL 34**; 2D1.1(a)(5)<br>**+2 Misrepresented Fentanyl**; 2D1.1(b)(13)<br>**-3**; 3E1.1 | 235-293 months (+60m) | TBD | 8/21/2025 |

| DEFENDANT | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|
| William Tripp | Driver for Escoto | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 9:** PWID 21 U.S.C. 841(b)(1)(A) | **Count1 Conspiracy** (b)(1)(C); **Count 2 UPOF**, 18 U.S.C. 922(g)(3) **Counts 3 &4: Assault of an Officer**, 18 U.S.C. 111(a) | CH I | **TOL 26** **BOL 31**; 2D1.1(a)(5)(ii) & 2D1.1(c)(3) **+2 Dangerous Weapon**; 2D1.1(b)(1) **-4 Minimal Participant**; 3B1.2(a) **-3**; 3E1.1 | 63-78 months | 36 Months | 20 Months |
| Dana Hanson | Redistributor for Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(C) | CH II | **TOL 33** **BOL 34**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | 151-188 months | N/A | Accepted into DREAM |
| Justin Hanson | Redistributor for Bailey DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(C) | CH VI | **TOL 33** **BOL 34**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | 120-150 months | CTS | CTS |